**Electronically Filed
Supreme Court
SCWC-16-0000610
17-JUN-2020
10:23 AM**

SCWC-16-0000610

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

GARY LEE FELICIANO,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000610; CR. NO. 17-1-0660(4))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Browning, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Gary Lee Feliciano's

application for writ of certiorari filed on May 2, 2020, is

hereby rejected.

DATED:  Honolulu, Hawaiʻi, June 17, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ R. Mark Browning

